IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

KYRIMA ANDERSON, in special appearance     *
for Kyrima's Heirs Trust,

                                          *

                Petitioner,               Case No. 3:25-CV-00169-TES-CHW

v.                                       *

JUDGE MIKE BURKE, et al,         *

                Respondents.         *

## J U D G M E N T

Pursuant to this Court's Order dated April 27, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 28th day of April, 2026.

                              David W. Bunt, Clerk


                              s/ Angelica E. Niccolai, Deputy Clerk